Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 22−11459−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Brenda L. Ramos
    PO BOX 2372
    Vineland, NJ 08362

Social Security No.:
    xxx−xx−9375

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                4/27/22
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 22, 2022
JAN: lgr

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                         Case No. 22-11459-ABA

Brenda L. Ramos                                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                                 Page 1 of 2
Date Rcvd: Mar 22, 2022                     Form ID: 132                                                Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda L. Ramos, PO BOX 2372, Vineland, NJ 08362-2372 |
| 519515314 | | Cenlar Federal Savings Bank, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519515316 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 519535723 | + | Cumberland Ob/Gyn, 1102 East Chestnut Ave, Vineland, NJ 08360-5002 |
| 519535724 | | ExelCare Alliance, PO Box 14000, Belfast, ME 04915-4033 |
| 519515321 | + | LANDIS SEWERAGE AUTHORITY, 1776 S MILL RD, VINELAND, NJ 08360-6200 |
| 519515322 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519535727 | + | RMP Services LLC, PO BOX 630844, Cincinnati, OH 45263-0844 |
| 519535728 | + | ROI, PO BOX 62850, c/o Vineland Medical Center, Baltimore, MD 21264-2850 |
| 519535725 | | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 519535726 | + | Regional Diagnostic Imaging LLC, 2527 Cranberry Hwy, Wareham, MA 02571-1046 |
| 519515324 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 519515325 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 519535729 | | State of New Jersey, Department of Community Affairs, Bureau of Housing Inspection, P.O. Box 810, Trenton, NJ 08625-0810 |
| 519535730 | | State of New Jersey, DCA BHI-- DORES, P.O. Box 662, Trenton, NJ 08646-0662 |
| 519535731 | | Vineland Code Enforcement, 640 W Wood St, Vineland, NJ 08360 |
| 519515328 | + | Vineland Municipal Utilites, PO Box 1508, 640 E. Wood Street, Vineland, NJ 08360-3722 |
| 519535732 | | Vineland Municipal Utilities, PO Box 1508, Vineland, NJ 08362-1508 |
| 519526929 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 22 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 22 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519515313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2022 20:36:17 | Capital One/GM card, PO BOX 85015, Richmond, VA 23285-5015 |
| 519515320 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2022 20:34:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519515315 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2022 20:36:31 | Chase Card Member Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 519515323 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 22 2022 20:34:00 | Shellpoint Mortage Servicing, 55 Beattie Place Ste 600, Greenville, SC 29601-2165 |
| 519515326 | | Email/Text: bankruptcy@td.com | Mar 22 2022 20:34:00 | Td Bank, P.O. Box 219, Lewiston, ME 04243-5600 |
| 519515327 | + | Email/Text: bankruptcy@bbandt.com | Mar 22 2022 20:34:00 | Truist Bank, PO BOX 1847, Wilson, NC |

| 519515317 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | 27894-1847 | |
| | | Mar 22 2022 20:34:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519515318 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519515319 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519535733 | ##+ | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022                Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Brenda L. Ramos mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4