UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NewRez, LLC

In Re:

Brenda Ramos,

Debtor.

Case No.:     22-11459-ABA

Chapter:     13

Hearing Date:     4/27/2022

Judge:     Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 22)

_____

Date: 4/21/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*