# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

| | |
|---|---|
| 205 W. LANDIS AVE<br>VINELAND, NJ 08360 | 1040 N. KINGS HWY, SUITE 304<br>CHERRY HILL, NJ 08002<br>*Do not mail to this address |

| | |
|---|---|
| SEYMOUR WASSERSTRUM | TELEPHONE: (856) 696-8300<br>FACSIMILE: (856) 696-6962<br>FACSIMILE: (856) 696-3586 |

April 21, 2022

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

Re:   **Brenda L. Ramos**
Chapter 13 Case No.: **22-11459/ABA**
Withdraw of Motion to Sell 534 East Wood Street, Vineland, NJ 08360 and Application to Shorten Time

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Motion to Sell 534 East Wood Street, Vineland, NJ 08360, which was filed April 13, 2022, under docket number 19 and the Application to Shorten Time, which was filed on April 13, 2022, under docket number 20.

Thank you for your kind attention.

Respectfully Submitted,

/s/ Seymour Wasserstrum, Esq.
Seymour Wasserstrum, Esq.