LAW OFFICE OF SEYMOUR WASSERSTRUM
205 Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

IN RE: **Brenda L. Ramos**　　　　　　　　　　　　　　Case No: **22-11459/ABA**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

### NOTICE OF AMENDMENT TO SCHEDULE D, E/F, G OR H OR LIST OF CREDITORS

TAKE NOTICE:

1. The debtor, **Brenda L. Ramos**, filed a bankruptcy petition on **February 24, 2022**.
2. The first meeting of creditors was scheduled for **May 5, 2022,** at 10:00 a.m. Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the Trustee appointed to the case for access or call-in information.
3. The Confirmation of the Chapter 13 Plan was/is schedule for **April 27, 2022.**
4. A proof of claim may need to be filed prior to **May 5, 2022**.
5. The debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1.
6. A copy of the Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors is enclosed.
7. The deadline to file a complaint objecting to Discharge of the Debtor or to determine dischargeability of Debt is **May 23, 2022**.
8. A copy of the amended schedule is enclosed.
9. A copy of the Chapter 13 Plan is enclosed.

Dated: April 25, 2022　　　　　　　　　　　　　　　　Law Office of Seymour Wasserstrum

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Seymour Wasserstrum, Esq
　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Seymour Wasserstrum, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>**Brenda L. Ramos** | Case No.: **22-11459**<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: **4/27/2022**<br><br>Judge: **ABA** |

## CERTIFICATION OF SERVICE

1. I, <u>Llaylin Hernandez-Perez</u>:

    ☐  represent the _____ in the above-captioned matter.

    ☒  am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

    ☐  am the _____ in the above case and am representing myself.

2. On <u>April 25, 2022</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors; Amended Schedule D, E/F, G or H or List of Creditors; Chapter 13 Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>April 25, 2022</u>                                      <u>/s/ Llaylin Hernandez-Perez</u>
                                                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Cenlar Federal Savings Bank<br>425 Phillips Blvd<br>Ewing NJ 08618-1430<br><br>Shellpoint Mortage Servicing<br>55 Beattie Place Ste 600<br>Greenville SC 29601-0000<br><br>Truist Bank<br>PO BOX 1847<br>Wilson NC 27894-0000<br><br>Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana CA 92799-0000<br><br>City Of Vineland<br>640 E Wood St<br>Tax Collector<br>Vineland NJ 08362-0000<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-0000<br><br>LANDIS SEWERAGE AUTHORITY<br>1776 S MILL RD<br>VINELAND NJ 08360-6223<br><br>Office Of Attorney General<br>25 Market Street, PO Box 112<br>Richard J Hughes Justice Complex<br>Trenton NJ 08625-0112 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| State Of New Jersey<br>P.O. Box 445<br>Department Of Treasury<br>Trenton NJ 08695-0000<br><br>Capital One/GM card<br>PO BOX 85015<br>Richmond VA 23285-0000<br><br>Chase Card Member Services<br>P.O. Box 15153<br>Wilmington DE 19886-5153<br><br>Cumberland Ob/Gyn<br>1102 East Chestnut Ave<br>Vineland NJ 08360-0000<br><br>Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee WI 53202-0000<br><br>ExelCare Alliance<br>PO Box 14000<br>Belfast ME 04915-4033<br><br>Receivables Outsourcing, LLC<br>PO Box 62850<br>Baltimore MD 21264-2850<br><br>Regional Diagnostic Imaging LLC<br>2527 Cranberry Hwy<br>Wareham MA 02571-0000<br><br>RMP Services LLC<br>PO BOX 630844<br>Cincinnati OH 45263-0000<br><br>ROI<br>PO BOX 62850<br>c/o Vineland Medical Center<br>Baltimore MD 21264-0000<br><br>South Jersey Gas<br>PO Box 577<br>Hammonton NJ 08037-0000<br><br>State of New Jersey<br>Department of Community Affairs<br>Bureau of Housing Inspection P.O. Box 810 Trenton NJ 08625-0810 | | |

| | | |
|---|---|---|
| State of New Jersey<br>P.O. Box 662<br>Trenton, NJ 08646<br><br>Td Bank<br>P.O. Box 219<br>Lewiston ME 04243-5600<br><br>Vineland Code Enforcement<br>640 W Wood St<br>Vineland NJ 08360-0000<br><br>Vineland Municipal Utilities<br>PO Box 1508<br>Vineland NJ 08362-1508 | | |

*rev.8/1/16*