# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel  
Jennifer R. Gorchow, Staff Attorney  
William H. Clunn, III, Staff Attorney  

Kelleen E. Stanley*  
Jennie P. Archer*  
Lu'Shell K. Alexander*  
*Certified Bankruptcy Assistant  
†Fellow, American College of Bankruptcy

April 27, 2022

## NOTICE OF CHANGE TO TELEPHONIC CALL IN INSTRUCTIONS

Please disregard the docket entry dated April 21st containing telephonic call in instructions for the 341(a) Meeting of Creditors scheduled for May 5, 2022. Please see docket entry dated April 26th for correct telephonic call in instructions.

Very truly yours,

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

Isabel C. Balboa  
Chapter 13 Standing Trustee

ICB:jbd

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002  

Payments Only:  

P.O. Box 1978  
Memphis, TN 38101-1978