Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11459−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda L. Ramos
   724 Embassy Terrace
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−9375

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/15/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 15, 2022
JAN: har

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brenda L. Ramos  
    Debtor

Case No. 22-11459-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 15, 2022      Form ID: 148      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda L. Ramos, 724 Embassy Terrace, Vineland, NJ 08360-5812 |
| 519515316 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 519535723 | + | Cumberland Ob/Gyn, 1102 East Chestnut Ave, Vineland, NJ 08360-5002 |
| 519535724 | | ExelCare Alliance, PO Box 14000, Belfast, ME 04915-4033 |
| 519515321 | + | LANDIS SEWERAGE AUTHORITY, 1776 S MILL RD, VINELAND, NJ 08360-6200 |
| 519535728 | + | ROI, PO BOX 62850, c/o Vineland Medical Center, Baltimore, MD 21264-2850 |
| 519535725 | | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 519535726 | + | Regional Diagnostic Imaging LLC, 2527 Cranberry Hwy, Wareham, MA 02571-1046 |
| 519515324 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 519515325 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 519634266 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519535729 | | State of New Jersey, Department of Community Affairs, Bureau of Housing Inspection, P.O. Box 810, Trenton, NJ 08625-0810 |
| 519535730 | | State of New Jersey, DCA BHI-- DORES, P.O. Box 662, Trenton, NJ 08646-0662 |
| 519545734 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519560567 | + | The Landis Sewerage Authority, 1776 South Mill Road, Vineland, NJ 08360-6200 |
| 519550573 | | U.S. Bank N/A dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519535731 | | Vineland Code Enforcement, 640 W Wood St, Vineland, NJ 08360 |
| 519515328 | + | Vineland Municipal Utilites, PO Box 1508, 640 E. Wood Street, Vineland, NJ 08360-3722 |
| 519535732 | | Vineland Municipal Utilities, PO Box 1508, Vineland, NJ 08362-1508 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519515313 | + | EDI: CAPITALONE.COM | Dec 16 2022 01:58:00 | Capital One/GM card, PO BOX 85015, Richmond, VA 23285-5015 |
| 519515314 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 15 2022 21:04:00 | Cenlar Federal Savings Bank, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519515320 | | EDI: IRS.COM | Dec 16 2022 01:58:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519515315 | | EDI: JPMORGANCHASE | Dec 16 2022 01:58:00 | Chase Card Member Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 519536813 | | Email/Text: mtgbk@shellpointmtg.com | Dec 15 2022 21:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519515322 | ^ | MEBN | Dec 15 2022 21:00:22 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Trenton, NJ 08625-0112 |
| 519535727 | ^ | MEBN | Dec 15 2022 21:01:01 | RMP Services LLC, PO BOX 630844, Cincinnati, OH 45263-0844 |
| 519515323 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 15 2022 21:04:00 | Shellpoint Mortage Servicing, 55 Beattie Place Ste 600, Greenville, SC 29601-2165 |
| 519515326 | | EDI: TDBANKNORTH.COM | Dec 16 2022 01:58:00 | Td Bank, P.O. Box 219, Lewiston, ME 04243-5600 |
| 519575970 | + | Email/Text: bankruptcy@bbandt.com | Dec 15 2022 21:04:00 | Truist Bank, Attn: Support Services, PO Box 85092, 306-40-06-10, Richmond, VA 23285-5092 |
| 519515327 | + | Email/Text: bankruptcy@bbandt.com | Dec 15 2022 21:04:00 | Truist Bank, PO BOX 1847, Wilson, NC 27894-1847 |
| 519515317 | | EDI: USBANKARS.COM | Dec 16 2022 01:58:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |
| 519526929 | + | EDI: WFFC2 | Dec 16 2022 01:58:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 519535733 | + | EDI: WFFC.COM | Dec 16 2022 01:58:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519707421 | | Truist Bank |
| 519515318 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519515319 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING hkaplan@rasnj.com kimwilson@raslg.com |

District/off: 0312-1      User: admin      Page 3 of 3
Date Rcvd: Dec 15, 2022      Form ID: 148      Total Noticed: 35

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Seymour Wasserstrum
     on behalf of Debtor Brenda L. Ramos mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6